STATE OF NEW JERSEY v. GUIDO RAFAEL AGUILAR.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBBIN FORD.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STANFORD PERRY.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS BIANCONE.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CEDRIC KEY.

February 29, 1988.

Petition for certification denied.